UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JESSICA MITCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. |
| | ) |
| VANGUARD SALES OF EVANSVILLE, INC., | ) 3:10-cv-147 RLY-WGH |
| | ) |
| Defendant. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. NATURE OF THE CASE

1. Plaintiff, Jessica Mitchell ("Mitchell"), by counsel, brings this action against Defendant, Vanguard Sales of Evansville, Inc. ("Defendant") alleging a violation of the Pregnancy Discrimination Act ("PDA"), 42 U.S.C.§2000e(k).

### II. PARTIES

2. Mitchell is a resident of the State of Indiana, who at all times relevant to this action resided within the geographical boundaries of the Southern District of Indiana.

3. Defendant is a business entity which at all relevant times maintained offices and conducted business within the geographical boundaries of the Southern District of Indiana.

### III. JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 42 U.S.C. § 2000e-5(f)(3) and 28 U.S.C. §1331.

5. Defendant is an "employer" as that term is defined by 42 U.S.C. §2000e(b)

6. Mitchell is an "employee" as that term is defined by 42 U.S.C. §2000e(f).

7. Mitchell satisfied her obligation to exhaust her administrative remedies having timely filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") alleging unlawful pregnancy discrimination. Mitchell received a notice of suit rights and files the instant matter within ninety (90) days of receipt thereof.

8. All events, transactions, and occurrences giving rise to this lawsuit arose within the geographical environs of the Southern District of Indiana. Thus, venue is proper in this Court.

### IV. FACTUAL ALLEGATIONS

9. Defendant hired Mitchell in or about April 2009 as a Phone Operator.

10. At all times, Mitchell met or exceeded Defendant's legitimate expectations of performance.

11. Shortly after being hired, Mitchell learned that she was pregnant. Mitchell advised her supervisor, Sheri Lutz, about her pregnancy.

12. Upon information, shortly after learning that Mitchell was pregnant, Defendant hired a non-pregnant female to replace Mitchell.

13. On October 28, 2009, Mitchell was terminated for fraternizing with a client. Mitchell's conduct was no different than that of other non-pregnant females or male employees. Nevertheless, Mitchell, and not other employees, was fired.

14. Mitchell was harmed by Defendant's conduct.

### V. CAUSE OF ACTION

#### COUNT I: PREGNANCY DISCRIMINATION

15. Mitchell hereby incorporates paragraphs one (1) through fourteen (14) of her Complaint.

16. Defendant unlawfully discriminated against Mitchell because she was pregnant.

17. Similarly-situated employees who were not pregnant were treated more favorably in the terms, privileges, and conditions of their employment.

18. Defendant's actions were intentional, willful and in reckless disregard of Mitchell's rights as established by the PDA.

19. Mitchell suffered damages as a result of Defendant's unlawful actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Jessica Mitchell, respectfully requests that this Court enter judgment in her favor and award her the following relief:

1. Payment to Mitchell of all lost wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

2. Reinstate Mitchell to the position that she would have enjoyed but for Defendant's unlawful actions; or payment to Mitchell of front pay in lieu thereof;

3. Compensatory damages for Defendant's violation of the PDA.

4. Punitive damages for Defendant's violation of the PDA;

6. Payment to Mitchell of pre- and post- judgment interest;

6. Payment to Mitchell of all costs and attorneys fees incurred in this litigation; and

7. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLP

By: _____
Kyle F. Biesecker, Attorney No. 24095-49

Christopher S. Wolcott, Attorney No. 23259-32

411 Main Street
Evansville, IN 47708
Telephone: (812) 424-1000
Facsimile: (812) 424-1005
Email: kfb@bdlegal.com
cwolcott@bdlegal.com

Attorneys for Plaintiff, Jessica Mitchell

**DEMAND FOR JURY TRIAL**

Plaintiff, Jessica Mitchell, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLP

By: _____
Kyle F. Biesecker, Attorney No. 24095-49
Christopher S. Wolcott, Attorney No. 23259-32
411 Main Street
Evansville, IN 47708
Telephone: (812) 424-1000
Facsimile: (812) 424-1005
Email: kfb@bdlegal.com
cwolcott@bdlegal.com

Attorneys for Plaintiff, Jessica Mitchell